**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

IVA MATUTAT                              *
                                         *
                Plaintiff,               *
                                         *
v.                                       *
                                         *    CIVIL ACTION NO.: 1:09-cv-00859-RDB
COUNTRYWIDE HOME LOANS, INC. et *
al.                                      *
                                         *
                Defendants.              *
*      *      *      *      *      *      *      *      *      *      *      *      *

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff Iva J. Matutat a/k/a Iva J. Schnitzer ("Plaintiff"), by her undersigned

counsel, and pursuant to Fed. Rule Civ. Pro. 41, hereby dismisses with prejudice all

claims against Countrywide in this action.

Respectfully submitted,

_____
Marc D. Schifanelli (Bar #27753)
705 Melvin Avenue, Suite 104
Annapolis, MD  21401
410-263-0028
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of May, 2009, a copy of the

foregoing Notice of Dismissal was filed and served via ECF to the following:

Robert A. Scott, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
300 E. Lombard Street, 18th Floor
Baltimore, MD  21202-3268

Nathan Daniel Adler, Esquire
Neuberger Quinn Gielen Rubin and Gibber PA
One South Street, 27th Floor
Baltimore, D  21202-3282

Henry Mark Stichel, Esquire
Gohn Hankey and Stichel LLP
201 N. Charles Street, Suite 2101
Baltimore, MD  21201

Sandy David Baron, Esquire
Shulman Rogers Gandal Pordy and Ecker PA
11921 Rockville Pike, Suite 300
Rockville, MD  20852-2743

_____
Marc D. Schifanelli