**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | |
|---|---|
| IVA MATUTAT | \* |
| | \* |
| Plaintiff, | \* |
| v. | \* |
| | \* CIVIL ACTION NO.: 1-09-cv-00859-RDB |
| COUNTRYWIDE HOME LOANS, INC., et. al. | \* |
| | \* |
| Defendants | \* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **STIPULATION OF DISMISSAL**

Plaintiff, Iva J. Matutat a/k/a Iva J. Schnitzer ("Plaintiff"), by her undersigned counsel, and pursuant to Fed. Rule Civ. Pro. 41, hereby dismisses with prejudice all claims against Defendant Trans Union LLC in this action.

Respectfully Submitted,

_____/s/_____           _____/s/_____

H. Mark Stichel (Bar No. 02939)         Marc D. Schifanelli (Bar No. 27753)
201 North Charles Street, Suite 2101    705 Melvin Ave., Ste. 104
Baltimore, Maryland 21201               Annapolis, MD 21401
(410) 752-9300                          410-263-0028
Attorney for Trans Union LLC            Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 15 day of June, 2009, a copy of the foregoing Stipulation of Dismissal was filed and served via ECF to the following:

>Robert A. Scott, Esquire
>Ballard Spahr Andrews & Ingersoll, LLP
>300 E. Lombard St., 18th Floor
>Baltimore, MD 21202-3268

>Nathan Daniel Adler, Esquire
>Neuberger Quinn Gielen rubin and Gibber PA
>One South St., 27th Floor
>Baltimore, MD 21202

>Henry Mark Stichel, Esquire
>Gohn Hankey and Stichel LLP
>201 N. Charles St., Ste. 2101
>Baltimore, MD 21201

>Sandy DAvid Baron, Esquire
>Shulman Rogers Gandal Pordy and Ecker PA
>11921 Rockville Pike, Ste. 300
>Rockville, MD 20852

>_____
>Marc D. Schifanelli