**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | |
|---|---|
| IVA MATUTAT | * |
| Plaintiff, | * |
| v. | * |
| | *   CIVIL ACTION NO.: 1-09-cv-00859-RDB |
| COUNTRYWIDE HOME LOANS, INC., et. al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Plaintiff, Iva J. Matutat a/k/a Iva J. Schnitzer ("Plaintiff"), by her undersigned counsel, and pursuant to Fed. Rule Civ. Pro. 41, hereby dismisses with prejudice all claims against Defendant America's Servicing Company in this action.

Respectfully Submitted,

_____/s/_____   _____/s/_____

Mark D. Maneche
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, MD 21202
Phone: 410-244-7826

Attorneys for America's Servicing Company

Marc D. Schifanelli (Bar No. 27753)
705 Melvin Ave., Ste. 104
Annapolis, MD 21401
410-263-0028

Attorney for Plaintiff

CERTIFICATE OF SERVICE

      I hereby certify that on this 16 day of June, 2009, a copy of the foregoing Stipulation of Dismissal was filed and served via ECF to the following:

      Robert A. Scott, Esquire
      Ballard Spahr Andrews & Ingersoll, LLP
      300 E. Lombard St., 18th Floor
      Baltimore, MD 21202-3268

      Nathan Daniel Adler, Esquire
      Neuberger Quinn Gielen rubin and Gibber PA
      One South St., 27th Floor
      Baltimore, MD 21202

      Henry Mark Stichel, Esquire
      Gohn Hankey and Stichel LLP
      201 N. Charles St., Ste. 2101
      Baltimore, MD 21201

      Sandy DAvid Baron, Esquire
      Shulman Rogers Gandal Pordy and Ecker PA
      11921 Rockville Pike, Ste. 300
      Rockville, MD 20852

_____/s/_____
Marc D. Schifanelli