**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | |
|---|---|
| IVA MATUTAT | *<br>*<br>* |
| Plaintiff, | *<br>* |
| v. | *<br>* CIVIL ACTION NO.: 1-09-cv-00859-RDB |
| COUNTRYWIDE HOME LOANS, INC., et. al. | *<br>*<br>* |
| Defendants | *<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

Plaintiff, Iva J. Matutat a/k/a Iva J. Schnitzer ("Plaintiff"), by her undersigned counsel, and pursuant to Fed. Rule Civ. Pro. 41, hereby dismisses with prejudice all claims against Defendant Experian in this action.

Respectfully Submitted,

_____/s/_____          _____/s/_____

Sandy David Baron
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852
301-255-0547
Attorneys for Experian

Marc D. Schifanelli
705 Melvin Ave., Ste. 104
Annapolis, MD 21401
410-263-0028
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 15 day of June, 2009, a copy of the foregoing Stipulation of Dismissal was filed and served via ECF to the following:

Robert A. Scott, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
300 E. Lombard St., 18th Floor
Baltimore, MD 21202-3268

Nathan Daniel Adler, Esquire
Neuberger Quinn Gielen rubin and Gibber PA
One South St., 27th Floor
Baltimore, MD 21202

Henry Mark Stichel, Esquire
Gohn Hankey and Stichel LLP
201 N. Charles St., Ste. 2101
Baltimore, MD 21201

Sandy David Baron, Esquire
Shulman Rogers Gandal Pordy and Ecker PA
11921 Rockville Pike, Ste. 300
Rockville, MD 20852

_____
Marc D. Schifanelli