UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| IVA MATUTAT<br><br>  Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS,<br>INC., et. al.<br><br>  Defendants | CIVIL ACTION NO.: 1-09-cv-00859-RDB |

\* \* \* \* \* \* \* \* \* \* \* \* \*

Plaintiff, Iva J. Matutat a/k/a Iva J. Schnitzer ("Plaintiff"), by her undersigned counsel, and pursuant to Fed. Rule Civ. Pro. 41, hereby dismisses with prejudice all claims against Defendant OCWEN in this action.

Respectfully Submitted,

_____/s/_____

Marc D. Schifanelli
705 Melvin Ave., Ste. 104
Annapolis, MD 21401
410-263-0028
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 17 day of July, 2009, a copy of the foregoing Stipulation of Dismissal was filed and served via ECF to the following:

>Robert A. Scott, Esquire
>Ballard Spahr Andrews & Ingersoll, LLP
>300 E. Lombard St., 18th Floor
>Baltimore, MD 21202-3268

>Nathan Daniel Adler, Esquire
>Neuberger Quinn Gielen rubin and Gibber PA
>One South St., 27th Floor
>Baltimore, MD 21202

>Henry Mark Stichel, Esquire
>Gohn Hankey and Stichel LLP
>201 N. Charles St., Ste. 2101
>Baltimore, MD 21201

>Sandy David Baron, Esquire
>Shulman Rogers Gandal Pordy and Ecker PA
>11921 Rockville Pike, Ste. 300
>Rockville, MD 20852

_____
Marc D. Schifanelli